# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>Defendants. | Case No. 18-cv-61828-WPD/LSS |

**[PROPOSED] SCHEDULING ORDER**

WHEREAS, Plaintiffs Amgen Inc. and Amgen Manufacturing Limited (collectively "Amgen") and Defendants Apotex Inc. and Apotex Corp. (collectively "Apotex") have met and conferred regarding a proposed schedule; and

WHEREAS, the parties agree that, based on the legal issues and facts involved in the present matter, the "standard track" is appropriate to this matter as described in Local Rule 16.1(a)(2)(B);

NOW THEREFORE, pursuant to the Court's August 10, 2018 Order Requiring Counsel to Meet, Federal Rules of Civil Procedure 26(f) and 16(b), and S.D. Fla. Local Rule 16.1, the parties jointly propose the following schedule:

| Event | Proposed Date |
|---|---|
| Exchange Rule 26(a)(1) Initial Disclosures | February 20, 2019 |
| Infringement Contentions Due | March 13, 2019 |
| Invalidity Contentions Due | March 27, 2019 |
| Parties to Exchange Terms and Proposed Constructions | May 20, 2019 |
| Submission of Joint Claim Construction Statement | June 10, 2019 |
| Opening Claim Construction Briefs | July 12, 2019 |

| Event | Proposed Date |
|---|---|
| Responsive Claim Construction Briefs | August 2, 2019 |
| Completion of Claim Construction Expert Discovery | August 16, 2019 |
| Reply Claim Construction Briefs | August 23, 2019 |
| Amendment or Supplementation of Pleadings, Joinder of Parties | August 30, 2019 |
| Claim Construction Hearing | September __, 2019 |
| Complete Fact Discovery | October 4, 2019 |
| Opening Expert Reports | November 1, 2019 |
| Responsive Expert Reports | December 6, 2019 |
| Close of Expert Discovery | January 17, 2020 |
| Dispositive Pretrial Motions, Motions to Exclude or Limit Expert Testimony | February 12, 2020 |
| Parties to Exchange Exhibit Lists and Deposition Designations | February 21, 2020 |
| Parties to Exchange Objections to Listed Exhibits, Objections to Deposition Designations, and Counter-Designations | February 28, 2020 |
| Opposition to Dispositive Motions and Motions to Exclude or Limit Expert Testimony Due | March 4, 2020 |
| Replies ISO Dispositive Motions and Motions to Exclude or Limit Expert Testimony Due, Parties to file Motions in Limine | March 18, 2020 |
| Pretrial Stipulation per L.R. 16.1(e) Due, Oppositions to Motions in Limine | March 25, 2020 |
| Pretrial Conference | April 3, 2020 |
| Non-Jury Trial (5 days) | April __, 2020 |

DONE and ORDERED in Chambers at Ft. Lauderdale, Broward County, Florida, this ___ day of January, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
All Counsel of Record