IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 18-61828-CIV-WPD/LSS

AMGEN INC. and AMGEN MANUFACTURING LIMITED,

    Plaintiffs,

v.

APOTEX INC. and APOTEX CORP.,

    Defendants.

**AMGEN INC'S AND AMGEN MANUFACTURING, LIMITED'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT BY INTERLINEATION**

Plaintiffs Amgen Inc. and Amgen Manufacturing, Limited (collectively, "Amgen"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 15(a), hereby file this Unopposed Motion for Leave to Amend Complaint by Interlineation (the "Motion"). In support of this Motion, Amgen states:

**MEMORANDUM OF LAW**

1.    On August 7, 2018, Amgen filed this patent infringement case under the Biologics Price Competition and Innovation Act of 2009 against Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex"). *See* ECF No. 1.

2.    Apotex moved to dismiss the Complaint on December 10, 2018 (*see* ECF No. 8), and Amgen filed its opposition to the motion to dismiss on January 23, 2019 (*see* ECF No. 46). Apotex's reply is due by February 6, 2019. *See* ECF No. 48.

3.    After filing its opposition to Apotex's motion to dismiss, Amgen discovered that

it had inadvertently mislabeled two substances involved in the accused process in two paragraphs of its Complaint. To ensure the accuracy of its pleading, Amgen seeks leave to amend its Complaint by interlineation to fix these errors, as follows:

> 38.     …
>
> - an amount of oxidant: ~~cysteine~~ cystine (Non-Confidential Joint Appendix at Appx5904–5907, Appx7150, Appx7397, Appx7448; Non-Confidential Apotex Brief at 7–8; '287 Patent, 3:51-54);
> - an amount of reductant: ~~cystine~~ cysteine (Non-Confidential Joint Appendix at Appx5904–5907, Appx7150, Appx7397, Appx7448; Non-Confidential Apotex Brief at 7–8; '287 Patent, 3:51-54).
>
> 39.     In Apotex's accused process, the refolding solution that Apotex prepares, the amounts of oxidant ~~(cysteine)~~ (cystine) and reductant ~~(cystine)~~ (cysteine) are related through a thiol-pair ratio and a thiol-pair buffer strength, wherein the thiol-pair ratio is in the range of 0.001-100 and the thiol pair buffer strength maintains the solubility of the solution. *See* Non-Confidential Joint Appendix at Appx5904–5907.

4.     Leave to amend is "freely" given "when justice so requires." Fed. R. Civ. P. 15(a). Amendment by interlineation is a "permissible" method of amending a pleading where, as here, the amendment is of a "trivial or formal nature." *Woodburn v. State of Florida Dept. of Children & Family Services*, 854 F. Supp. 2d 1184, 1210 (S.D. Fla. 2011) (citation omitted) (granting motion for leave to amend by interlineation). This Court in particular has allowed parties to amend their pleadings by interlineation on numerous occasions to fix scrivener's errors, typographical errors, and other trivial mistakes. *See, e.g., Wrangen v. Pennsylvania Lumbermens Mut. Ins. Co.*, Case No. 07-cv-61879, 2009 WL 10667562, at *1 (S.D. Fla. Feb. 13, 2009) (granting "relief requested by Plaintiffs . . . to amend by interlineation to reflect the proper name of Defendant") (Dimitrouleas, J.).

5.     There is good cause for allowing the requested amendment here. The amendment would not introduce any substantive changes to Amgen's pleading and instead would simply

correct the names of substances involved in the accused process. The remaining allegations of the Complaint would remain the same and, therefore, the requested amendment would not require Apotex to file a new responsive pleading or otherwise affect the pending motion to dismiss. Nor would the request cause any delay or prejudice to any party in this action. The deadline for motions to amend pleadings is not until August 30, 2019 (*see* ECF No. 43) – more than six months away.

6.  Amgen notes that the two paragraphs in the Complaint containing the errors are cited and referred to in the briefing on Apotex's Motion to Dismiss. *See* Defs.' Memorandum In Support of Mot. Dismiss, ECF No. 9 at 13 (quoting Compl. ¶¶ 38-39, within which the substances are mislabeled); *see also* Pls.' Opp. to Mot. Dismiss, ECF No. 46 at 8 (citing Compl. ¶ 38, mislabeling substances); *id.* at 14 (quoting Compl. ¶ 39, within which the substances are mislabeled). To ensure the accuracy of the record, Amgen requests that the amendment apply not only to the Complaint, but also to any papers in the record that refer to the Complaint. Such relief would be consistent with the relief ordered in *Woodburn*, in which the court ordered that "all pleadings and papers are deemed corrected." *See Woodburn*, 854 F. Supp. 2d at 1210 (stating that "all prior pleadings and papers in this case are deemed to read Inselair Aruba N.V. whenever they reflect Insel Air Aruba N.C.").

## **CONCLUSION**

For the foregoing reasons, Amgen respectfully requests that the Court grant this Unopposed Motion and allow Amgen to amend its pleading by interlineation. A proposed Order granting this Motion is attached as Exhibit "A," and a proposed First Amendment by Interlineation is attached as Exhibit "B."

**CERTIFICATE OF CONFERRAL PURSUANT TO LOCAL RULE 7.1(a)(3)**

The undersigned has conferred with counsel for Apotex and confirmed that Apotex does *not* oppose the relief sought in this Motion.

Respectfully submitted,

By: */s/ John F. O'Sullivan*
John F. O'Sullivan
Fla. Bar No. 143154
Jason D. Sternberg
Fla. Bar No. 72887
HOGAN LOVELLS
600 Brickell Ave., Suite 2700
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
john.osullivan@hoganlovells.com
jason.sternberg@hoganlovells.com

Of Counsel:

Nicholas Groombridge
Jennifer H. Wu
Jennifer Gordon
Jacob T. Whitt
Stephen A. Maniscalco
Golda Lai
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
ngroombridge@paulweiss.com
jwu@paulweiss.com
jengordon@paulweiss.com
jwhitt@paulweiss.com
smaniscalco@paulweiss.com
glai@paulweiss.com

Wendy A. Whiteford
Kimberlin Morley
Eric Agovino
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320
Telephone:  (805) 447-1000
Facsimile:  (805) 447-1010
wendy@amgen.com
kmorley@amgen.com
eagovino@amgen.com

*Attorneys for Plaintiffs*
*Amgen Inc. and Amgen Manufacturing Limited*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing

By: */s/ John F. O'Sullivan*
John F. O'Sullivan
Fla. Bar No. 143154