UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-61828-CIV-WPD/LSS

| | |
|---|---|
| AMGEN, INC. and AMGEN MANUFACTURING LIMITED, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| APOTEX INC. and APOTEX CORP. | ) ) |
| Defendants. | ) ) ) |

## JOINT CLAIM CONSTRUCTION STATEMENT

Plaintiffs Amgen Inc. and Amgen Manufacturing Limited (collectively, "Amgen"), and Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex"), by and through their respective undersigned counsel, hereby submit the following Joint Claim Construction Statement.

### I. PROPOSED CLAIM CONSTRUCTIONS

The parties' respective proposed constructions for the terms in dispute are identified below.

| PROPOSED CONSTRUCTIONS FOR THE '287 PATENT | | |
|---|---|---|
| **Proposed Term** | **Amgen's Construction** | **Apotex's Construction** |
| "is calculated" (claims 23-25, 30) | is determined using an equation as part of practicing the method, rather than using the equation in hindsight | As defined in claims 23, 24, 25, and 30 below. |

| PROPOSED CONSTRUCTIONS FOR THE '287 PATENT |||
|---|---|---|
| **Proposed Term** | **Amgen's Construction** | **Apotex's Construction** |
| "wherein the amount of the oxidant and reductant are related through a thiol-pair ratio and a thiol-pair buffer strength" (claims 16 and 26, and claims dependent therefrom) | wherein the amounts of the oxidant and the reductant are defined by the following equations: $$\frac{\left(\sqrt{bufferTPR^2 + 8*bufferTPR*BS}\right) - bufferTPR}{4}$$ and $$\frac{(\text{Concentration of Reduced Redox Component})^2}{TPR}$$ | "wherein the amount of the oxidant and reductant are related through a thiol-pair ratio and thiol-pair buffer strength calculated in the redox component based on the equations: $$\frac{[the\ reductant]^2}{[the\ oxidant]}$$ and $$2[the\ oxidant] + [the\ reductant],$$ respectively, which are determined as part of practicing the method." |
| "wherein the thiol-pair buffer strength maintains the solubility of the solution" (claims 16 and 26, and claims dependent therefrom) | wherein the concentrations of oxidant and reductant result in a thiol-pair buffer strength at which the solubility of one or more solutes in the solution is maintained | Indefinite. Alternatively, "wherein the thiol-pair buffer strength maintains the solubility of the proteins in the solution" |
| "2 mM or greater" (claims 19 and 29) | Greater than or equal to 2 mM | "2 mM or greater, wherein the thiol-pair buffer strength is effectively bounded at a maximum of 100 mM" |
| "wherein the thiol-pair ratio is calculated according to the following equation: $\frac{[the\ reductant]^2}{[the\ oxidant]}$," (claim 23) | wherein the equation $$\frac{[reductant]^2}{[oxidant]}$$ is used to calculate the thiol-pair ratio | "wherein the thiol-pair ratio is calculated in the redox component as a part of practicing the claimed method according to the following equation: $\frac{[the\ reductant]^2}{[the\ oxidant]}$," |

| PROPOSED CONSTRUCTIONS FOR THE '287 PATENT ||| 
| **Proposed Term** | **Amgen's Construction** | **Apotex's Construction** |
|---|---|---|
| "wherein the thiol-pair buffer strength is calculated according to the following equation: $2[the\ oxidant] + [the\ reductant]$" (claim 24) | wherein the equation $$2[oxidant] + [reductant]$$ is used to calculate the thiol-pair buffer strength | "wherein the thiol-pair buffer strength is calculated in the redox component as a part of practicing the claimed method according to the following equation: $$2[the\ oxidant] + [the\ reductant]$$" |
| "wherein the thiol-pair ratio is calculated according to the following equation: $\frac{[the\ reductant]^2}{[the\ oxidant]}$; and the thiol-pair buffer strength is calculated according to the following equation: $2[the\ oxidant] + [the\ reductant]$" (claims 25 and 30) | wherein the equation $$\frac{[reductant]^2}{[oxidant]}$$ is used to calculate the thiol-pair ratio and the equation $$2[oxidant] + [reductant]$$ is used to calculate the thiol-pair buffer strength | "wherein the thiol-pair ratio is calculated in the redox component as a part of practicing the claimed method according to the following equation: $\frac{[the\ reductant]^2}{[the\ oxidant]}$; and the thiol-pair buffer strength is calculated in the redox component as a part of practicing the claimed method according to the following equation: $$2[the\ oxidant] + [the\ reductant]$$" |

## II.   TECHNOLOGY TUTORIAL

The parties' constructions may involve technical subject matter, such as protein refolding. If it would be helpful to the Court, the parties are prepared to offer a brief tutorial on the technologies of the '287 Patent in advance of, or during, the Markman Hearing.

Dated: June 17, 2019

Respectfully submitted,

| | |
|---|---|
| By: */s/ John F. O'Sullivan*<br>John F. O'Sullivan<br>Fla. Bar No. 143154<br>Jason D. Sternberg<br>Fla. Bar No. 72887<br>Paige S. Comparato<br>Fla. Bar No. 1002942<br>HOGAN LOVELLS US LLP<br>600 Brickell Ave., Suite 2700<br>Miami, FL 33131<br>Telephone: (305) 459-6500<br>Facsimile: (305) 459-6550<br>john.osullivan@hoganlovells.com<br>allen.pegg@hoganlovells.com<br>jason.sternberg@hoganlovells.com<br><br>Of Counsel:<br><br>Nicholas Groombridge<br>Jennifer H. Wu<br>Jennifer Gordon<br>Naz E. Wehrli<br>Jacob T. Whitt<br>Golda Lai<br>Aaron J. Marks<br>PAUL, WEISS, RIFKIND, WHARTON<br>  & GARRISON<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>ngroombridge@paulweiss.com<br>jwu@paulweiss.com<br>jengordon@paulweiss.com<br>nwehrli@paulweiss.com<br>jwhitt@paulweiess.com<br>glai@paulweiss.com<br>amarks@paulweiss.com<br><br>Wendy A. Whiteford<br>Kimberlin Morley<br>Erig Agovino | By: */s/ Simeon D. Brier*<br>Simeon D. Brier, Esq.<br>Florida Bar No.: 525782<br>Matthew B. Criscuolo, Esq.<br>Florida Bar No.: 58441<br>COZEN O'CONNOR<br>One North Clematis Street<br>Suite 510<br>West Palm Beach, FL 33401<br>Telephone: 561-515-5250<br>Facsimile: 561-515-5230<br>sbrier@cozen.com<br>mcriscuolo@cozen.com<br><br>Of Counsel:<br><br>W. Blake Coblentz<br>Kerry B. McTigue<br>Barry P. Golob<br>Aaron S. Lukas<br>COZEN O'CONNOR<br>1200 Nineteenth Street NW<br>Washington, DC 20036<br>Telephone: 202-912-4800<br>wcoblentz@cozen.com<br>kmctigue@cozen.com<br>bgolob@cozen.com<br>alukas@cozen.com<br><br>Keri L. Schaubert<br>COZEN O'CONNOR<br>277 Park Avenue<br>New York, NY 10172<br>Phone: 212-883-4900<br>kschaubert@cozen.com<br><br>*Attorneys for Defendants and Counterclaim Plaintiffs Apotex Inc. and Apotex Corp.* |

AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320
Telephone: (805) 447-1000
Facsimile: (805) 447-1010
wendy@amgen.com
kmorley@amgen.com
eagovino@paulweiss.com

*Attorneys for Plaintiffs Amgen Inc.
and Amgen Manufacturing Limited*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 17, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel and that a true and correct copy was served via electronic mail on all counsel of parties of record.

                                            By: */s/ John F. O'Sullivan*
                                                   John F. O'Sullivan
                                                   Fla. Bar No. 143154