IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 18-61828-CIV-WPD/LSS

AMGEN INC. and AMGEN
MANUFACTURING LIMITED,

            Plaintiffs,

v.

APOTEX INC. and APOTEX CORP.,

            Defendants.

**AMGEN'S *UNOPPOSED* MOTION FOR LEAVE TO AMEND
THE JOINT CLAIM CONSTRUCTION STATEMENT**

      Plaintiffs Amgen Inc. and Amgen Manufacturing, Ltd. (collectively, "Amgen") move for leave to amend the Joint Claim Construction Statement (ECF No. 74, the "JCCS"). Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex") do *not* oppose any of the relief requested herein.

**ARGUMENT**

      Claim construction is an issue of law for the Court to decide. *O2 Micro Intern. Ltd. v. Beyond Innovation Tech. Co., Ltd.*, 521 F.3d 1351, 1360 (Fed. Cir. 2008) ("When the parties raise an actual dispute regarding the proper scope of these claims, the court, not the jury, must resolve that dispute."); *Markman v. Westview Instruments, Inc.*, 52 F.3d 967, 976 (Fed. Cir. 1995) (en banc), *aff'd* 517 U.S. 370 (1996). Following the parties' submission of the JCCS, Amgen revised its proposed constructions of two claim terms of U.S. Patent No. 9,856.287 ("the '287 patent") to reduce the number of disputes between the parties. Specifically, Amgen revised

its proposed constructions of "wherein the amounts of the oxidant and the reductant are related through a thiol-pair ratio and a thiol-pair buffer strength" and "wherein the thiol-pair buffer strength maintains the solubility of the solution."  In addition, the parties noticed an inadvertent typographical error in the JCCS in the recitation of one of the disputed claim terms.  Amgen moves for leave to amend the JCCS to include Amgen's revised proposed constructions and to correct the typographical error.  A copy of the Amended JCCS is attached as Exhibit A.

Good cause exists to amend the JCCS to accurately present the parties' claim construction disputes to the Court.  No party is prejudiced by this amendment.  The motion is requested in good faith, not for the purposes of delay and will not affect the case schedule.  Claim construction briefs have not been filed by any party, and Apotex is separately moving for an additional two-week extension to the deadline for filing Opening Claim Construction Briefs.

## CONCLUSION

For the forgoing reasons, Amgen respectfully requests that this Court grant its unopposed motion for leave to amend the JCCS.  For the Court's convenience, a proposed Order granting this Motion is attached as Exhibit B.

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Amgen conferred with counsel for Apotex regarding the issues raised by this Motion.  Apotex does *not* oppose the relief sought in this Motion.

Dated: July 25, 2019 

By: */s/ John F. O'Sullivan*
John F. O'Sullivan
Fla. Bar No. 143154
Allen P. Pegg
Fla. Bar No. 597821
HOGAN LOVELLS
600 Brickell Ave., Suite 2700

Miami, FL 33131
Telephone:  (305) 459-6500
Facsimile:  (305) 459-6550
john.osullivan@hoganlovells.com
allen.pegg@hoganlovells.com

Of Counsel:

Nicholas Groombridge
Jennifer H. Wu
Jennifer Gordon
Naz E. Wehrli
Jacob T. Whitt
Golda Lai
Aaron Marks
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON
1285 Avenue of the Americas
New York, NY  10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
ngroombridge@paulweiss.com
jwu@paulweiss.com
jengordon@paulweiss.com
nwehrli@paulweiss.com
jwhitt@paulweiss.com
glai@paulweiss.com
amarks@paulweiss.com

Wendy A. Whiteford
Kimberlin Morley
Eric Agovino
Paula Fritsch
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320
Telephone:  (805) 447-1000
Facsimile:  (805) 447-1010
wendy@amgen.com
kmorley@amgen.com
eagovino@amgen.com
pfritsch@amgen.com

*Attorneys for Plaintiffs*
*Amgen Inc. and Amgen Manufacturing Limited*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 25, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ John F. O'Sullivan*
John F. O'Sullivan
Fla. Bar No. 143154