# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-61828-CIV-WPD/LSS

| | |
|---|---|
| AMGEN, INC. and AMGEN MANUFACTURING LIMITED, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| APOTEX INC. and APOTEX CORP. | ) ) |
| Defendants. | ) ) ) |

**AMENDED JOINT CLAIM CONSTRUCTION STATEMENT**

Plaintiffs Amgen Inc. and Amgen Manufacturing Limited (collectively, "Amgen"), and Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex"), by and through their respective undersigned counsel, hereby submit the following Amended Joint Claim Construction Statement.

**I.  PROPOSED CLAIM CONSTRUCTIONS**

The parties' respective proposed constructions for the terms in dispute are identified below.

| PROPOSED CONSTRUCTIONS FOR THE '287 PATENT | | |
|---|---|---|
| **Proposed Term** | **Amgen's Construction** | **Apotex's Construction** |
| "is calculated" (claims 23-25, 30) | is determined using an equation as part of practicing the method, rather than using the equation in hindsight | As defined in claims 23, 24, 25, and 30 below. |

1

| PROPOSED CONSTRUCTIONS FOR THE '287 PATENT | | |
| --- | --- | --- |
| **Proposed Term** | **Amgen's Construction** | **Apotex's Construction** |
| "wherein the amounts of the oxidant and the reductant are related through a thiol-pair ratio and a thiol-pair buffer strength" (claims 16 and 26, and claims dependent therefrom) | wherein the amounts of the oxidant and the reductant are related through a thiol-pair ratio and thiol-pair buffer strength defined respectively by the equations: $$\frac{[reductant]^2}{[oxidant]}$$ and $$2[oxidant] + [reductant]$$ | "wherein the amount of the oxidant and reductant are related through a thiol-pair ratio and thiol-pair buffer strength calculated in the redox component based on the equations: $$\frac{[the\ reductant]^2}{[the\ oxidant]}$$ and $$2[the\ oxidant] + [the\ reductant],$$ respectively, which are determined as part of practicing the method." |
| "wherein the thiol-pair buffer strength maintains the solubility of the solution" (claims 16 and 26, and claims dependent therefrom) | wherein the concentrations of oxidant and reductant result in a thiol-pair buffer strength at which the solubility of solutes recited in the claims effectuating protein refolding is maintained and the refolded protein is soluble | Indefinite. Alternatively, "wherein the thiol-pair buffer strength maintains the solubility of the proteins in the solution" |
| "2 mM or greater" (claims 19 and 29) | Greater than or equal to 2 mM | "2 mM or greater, wherein the thiol-pair buffer strength is effectively bounded at a maximum of 100 mM" |
| "wherein the thiol-pair ratio is calculated according to the following equation: $$\frac{[the\ reductant]^2}{[the\ oxidant]},,$$ (claim 23) | wherein the equation $$\frac{[reductant]^2}{[oxidant]}$$ is used to calculate the thiol-pair ratio | "wherein the thiol-pair ratio is calculated in the redox component as a part of practicing the claimed method according to the following equation: $$\frac{[the\ reductant]^2}{[the\ oxidant]},,$$ |

2

| PROPOSED CONSTRUCTIONS FOR THE '287 PATENT | | |
|---|---|---|
| **Proposed Term** | **Amgen's Construction** | **Apotex's Construction** |
| "wherein the thiol-pair buffer strength is calculated according to the following equation:<br><br>$2[the\ oxidant] + [the\ reductant]$"<br><br>(claim 24) | wherein the equation<br><br>$2[oxidant] + [reductant]$<br><br>is used to calculate the thiol-pair buffer strength | "wherein the thiol-pair buffer strength is calculated in the redox component as a part of practicing the claimed method according to the following equation:<br><br>$2[the\ oxidant] + [the\ reductant]$" |
| "wherein the thiol-pair ratio is calculated according to the following equation:<br><br>$\frac{[the\ reductant]^2}{[the\ oxidant]}$;<br><br>and the thiol-pair buffer strength is calculated according to the following equation:<br><br>$2[the\ oxidant] + [the\ reductant]$"<br><br>(claims 25 and 30) | wherein the equation<br><br>$\frac{[reductant]^2}{[oxidant]}$<br><br>used to calculate the thiol-pair ratio and the equation<br><br>$2[oxidant] + [reductant]$<br><br>is used to calculate the thiol-pair buffer strength | "wherein the thiol-pair ratio is calculated in the redox component as a part of practicing the claimed method according to the following equation:<br><br>$\frac{[the\ reductant]^2}{[the\ oxidant]}$;<br><br>and the thiol-pair buffer strength is calculated in the redox component as a part of practicing the claimed method according to the following equation:<br><br>$2[the\ oxidant] + [the\ reductant]$" |

## II.   TECHNOLOGY TUTORIAL

The parties' constructions may involve technical subject matter, such as protein refolding. If it would be helpful to the Court, the parties are prepared to offer a brief tutorial on the technologies of the '287 Patent in advance of, or during, the Markman Hearing.