UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-61828-CIV-WPD/LSS

| | |
|---|---|
| AMGEN, INC. and AMGEN MANUFACTURING LIMITED, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| APOTEX INC. and APOTEX CORP. | ) ) |
| Defendants. | ) ) ) |

**AMENDED JOINT CLAIM CONSTRUCTION STATEMENT**

Plaintiffs Amgen Inc. and Amgen Manufacturing Limited (collectively, "Amgen"), and Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex"), by and through their respective undersigned counsel, hereby submit the following Amended Joint Claim Construction Statement.

    **I.    PROPOSED CLAIM CONSTRUCTIONS**

The parties' respective proposed constructions for the terms in dispute are identified below.

| PROPOSED CONSTRUCTIONS FOR THE '287 PATENT | | |
|---|---|---|
| **Proposed Term** | **Amgen's Construction** | **Apotex's Construction** |
| "is calculated" (claims 23-25, 30) | is determined using an equation as part of practicing the method, rather than using the equation in hindsight | As defined in claims 23, 24, 25, and 30 below. |

| PROPOSED CONSTRUCTIONS FOR THE '287 PATENT | | |
|---|---|---|
| **Proposed Term** | **Amgen's Construction** | **Apotex's Construction** |
| "wherein the amounts of the oxidant and the reductant are related through a thiol-pair ratio and a thiol-pair buffer strength" (claims 16 and 26, and claims dependent therefrom) | wherein the amounts of the oxidant and the reductant are related through a thiol-pair ratio and thiol-pair buffer strength defined respectively by the equations: $$\frac{[reductant]^2}{[oxidant]}$$ and $$2[oxidant]+[reductant]$$ | "wherein the amount of the oxidant and reductant are related through a thiol-pair ratio and thiol-pair buffer strength calculated in the redox component based on the equations: $$\frac{[the\ reductant]^2}{[the\ oxidant]}$$ and $$2[the\ oxidant]+[the\ reductant],$$ respectively, which are determined as part of practicing the method." |
| "wherein the thiol-pair buffer strength maintains the solubility of the solution" (claims 16 and 26, and claims dependent therefrom) | wherein the concentrations of oxidant and reductant result in a thiol-pair buffer strength at which the solubility of solutes recited in the claims effectuating protein refolding is maintained and the refolded protein is soluble | Indefinite. Alternatively, "wherein the thiol-pair buffer strength maintains the solubility of the proteins in the solution" |
| "2 mM or greater" (claims 19 and 29) | Greater than or equal to 2 mM | "2 mM or greater, wherein the thiol-pair buffer strength is effectively bounded at a maximum of 100 mM" |
| "wherein the thiol-pair ratio is calculated according to the following equation: $$\frac{[the\ reductant]^2}{[the\ oxidant]},$$ (claim 23) | wherein the equation $$\frac{[reductant]^2}{[oxidant]}$$ is used to calculate the thiol-pair ratio | "wherein the thiol-pair ratio is calculated in the redox component as a part of practicing the claimed method according to the following equation: $$\frac{[the\ reductant]^2}{[the\ oxidant]},$$ |

2

| PROPOSED CONSTRUCTIONS FOR THE '287 PATENT | | |
|---|---|---|
| **Proposed Term** | **Amgen's Construction** | **Apotex's Construction** |
| "wherein the thiol-pair buffer strength is calculated according to the following equation: $2[the\ oxidant] + [the\ reductant]$" (claim 24) | wherein the equation $2[oxidant] + [reductant]$ is used to calculate the thiol-pair buffer strength | "wherein the thiol-pair buffer strength is calculated in the redox component as a part of practicing the claimed method according to the following equation: $2[the\ oxidant] + [the\ reductant]$" |
| "wherein the thiol-pair ratio is calculated according to the following equation: $\frac{[the\ reductant]^2}{[the\ oxidant]}$; and the thiol-pair buffer strength is calculated according to the following equation: $2[the\ oxidant] + [the\ reductant]$" (claims 25 and 30) | wherein the equation $\frac{[reductant]^2}{[oxidant]}$ used to calculate the thiol-pair ratio and the equation $2[oxidant] + [reductant]$ is used to calculate the thiol-pair buffer strength | "wherein the thiol-pair ratio is calculated in the redox component as a part of practicing the claimed method according to the following equation: $\frac{[the\ reductant]^2}{[the\ oxidant]}$; and the thiol-pair buffer strength is calculated in the redox component as a part of practicing the claimed method according to the following equation: $2[the\ oxidant] + [the\ reductant]$" |

## II.   TECHNOLOGY TUTORIAL

The parties' constructions may involve technical subject matter, such as protein refolding. If it would be helpful to the Court, the parties are prepared to offer a brief tutorial on the technologies of the '287 Patent in advance of, or during, the Markman Hearing.

Dated: July 26, 2019

3

Respectfully submitted,

By: /s/ John F. O'Sullivan
John F. O'Sullivan
Fla. Bar No. 143154
Jason D. Sternberg
Fla. Bar No. 72887
Paige S. Comparato
Fla. Bar No. 1002942
HOGAN LOVELLS US LLP
600 Brickell Ave., Suite 2700
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
john.osullivan@hoganlovells.com
allen.pegg@hoganlovells.com
jason.sternberg@hoganlovells.com

Of Counsel:

Nicholas Groombridge
Jennifer H. Wu
Jennifer Gordon
Naz E. Wehrli
Jacob T. Whitt
Golda Lai
Aaron J. Marks
PAUL, WEISS, RIFKIND, WHARTON
  & GARRISON
1285 Avenue of the Americas
New York, NY  10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
ngroombridge@paulweiss.com
jwu@paulweiss.com
jengordon@paulweiss.com
nwehrli@paulweiss.com
jwhitt@paulweiess.com
glai@paulweiss.com
amarks@paulweiss.com

By: /s/ Simeon D. Brier
Simeon D. Brier, Esq.
Florida Bar No.: 525782
Matthew B. Criscuolo, Esq.
Florida Bar No.: 58441
COZEN O'CONNOR
One North Clematis Street
Suite 510
West Palm Beach, FL 33401
Telephone: 561-515-5250
Facsimile: 561-515-5230
sbrier@cozen.com
mcriscuolo@cozen.com

Of Counsel:

W. Blake Coblentz
Kerry B. McTigue
Barry P. Golob
Aaron S. Lukas
COZEN O'CONNOR
1200 Nineteenth Street NW
Washington, DC  20036
Telephone: 202-912-4800
wcoblentz@cozen.com
kmctigue@cozen.com
bgolob@cozen.com
alukas@cozen.com

Keri L. Schaubert
COZEN O'CONNOR
277 Park Avenue
New York, NY 10172
Phone: 212-883-4900
kschaubert@cozen.com

*Attorneys for Defendants and Counterclaim Plaintiffs Apotex Inc. and Apotex Corp.*

Wendy A. Whiteford
Kimberlin Morley
Erig Agovino
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320
Telephone: (805) 447-1000
Facsimile: (805) 447-1010
wendy@amgen.com
kmorley@amgen.com
eagovino@paulweiss.com

*Attorneys for Plaintiffs*
*Amgen Inc. and Amgen Manufacturing Limited*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 26, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel and that a true and correct copy was served via electronic mail on all counsel of parties of record.

          By: */s/ John F. O'Sullivan*
               John F. O'Sullivan
               Fla. Bar No. 143154