UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61828-CIV-WPD/LSS

AMGEN INC. and AMGEN MANUFACTURING, LIMITED,

    Plaintiffs,

v.

APOTEX INC. and APOTEX CORP.,

    Defendants.

**ORDER GRANTING STIPULATION AND UNOPPOSED MOTION FOR SUBSTITUTION OF PARTIES**

**THIS CAUSE** has come before the Court upon Amgen Inc. and Amgen Manufacturing, Limited's (together, "Amgen"), Apotex Inc. and Apotex Corp.'s (together, "Apotex"), and Accord BioPharma's (collectively, "the Parties") Stipulation and Apotex's Unopposed Motion For Substitution of Parties. [DE 92]. Upon reviewing the Stipulation and Unopposed Motion For Substitution of Parties, and being otherwise fully advised in the premises, it is **ORDERED and ADJUDGED** that the Stipulation and Unopposed Motion For Substitution of Parties [DE 92] is hereby **GRANTED**. Accordingly, Defendants/Counterclaim Plaintiffs Apotex Inc. and Apotex Corp. are no longer parties to the above-captioned action; Accord BioPharma is substituted for Apotex Inc. and Apotex Corp. in the above-captioned matter; and, the case caption shall reflect the substitution of Accord BioPharma in place of Apotex Inc. and Apotex Corp.

**DONE AND ORDERED** at Chambers, Fort Lauderdale, Broward County, Florida, this 26th day of August, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record