UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-61828-CIV-WPD/LSS

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING LIMITED,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ACCORD BIOPHARMA,<br><br>　　　　　　　　　Defendant. | **STIPULATION OF DISMISSAL** |

The undersigned, for and on behalf of Plaintiffs Amgen Inc. and Amgen Manufacturing, Limited, and Defendant Accord Biopharma, hereby stipulate and agree to the dismissal, without prejudice, of all remaining claims and counterclaims in this action with the parties to bear their own costs and attorney's fees.

Dated: November 14, 2019

Respectfully Submitted

By: /s/ *John F. O'Sullivan*
John F. O'Sullivan
Fla. Bar No. 143154
Jason D. Sternberg
Fla. Bar No. 72887
Paige S. Comparato
Fla. Bar No. 1002942
**HOGAN LOVELLS US LLP**
600 Brickell Ave., Suite 2700
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550
john.osullivan@hoganlovells.com
allen.pegg@hoganlovells.com
jason.sternberg@hoganlovells.com

By: /s/ *Mark E. Stein*
Mark E. Stein
Fla. Bar No. 818666
**MARK STEIN LAW**
2999 N.E. 191st St., Suite 330
Aventura, FL 33180
Telephone: (305) 356-7550
mark@marksteinlaw.com

| | |
|---|---|
| Of Counsel: | Of Counsel: |
| Nicholas Groombridge<br>Jennifer H. Wu<br>Jennifer Gordon<br>Naz E. Wehrli<br>Jacob T. Whitt<br>Golda Lai<br>Aaron J. Marks<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON**<br>1285 Avenue of the Americas<br>New York, NY  10019<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>ngroombridge@paulweiss.com<br>jwu@paulweiss.com<br>jengordon@paulweiss.com<br>nwehrli@paulweiss.com<br>jwhitt@paulweiess.com<br>glai@paulweiss.com<br>amarks@paulweiss.com | Aaron F. Barkoff<br>Carey J. Prill<br>Ben J. Mahon<br>**McANDREWS, HELD & MALLOY, LTD.**<br>500 West Madison St., 34th Floor<br>Chicago, IL 60661<br>Telephone: (312) 775-8000<br>abarkoff@mcandrews-ip.com<br>cprill@mcandrews-ip.com<br>bmahon@mcandrews-ip.com<br><br>*Attorneys for Accord BioPharma* |
| Wendy A. Whiteford<br>Kimberlin Morley<br>Eric M. Agovino<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320<br>Telephone: (805) 447-1000<br>Facsimile: (805) 447-1010<br>wendy@amgen.com<br>kmorley@amgen.com<br>eagovino@amgen.com<br><br>*Attorneys for Plaintiffs*<br>*Amgen Inc. and Amgen Manufacturing, Limited* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel and that a true and correct copy was served via electronic mail on all counsel of parties of record.

By: /s/ *John F. O'Sullivan*
John F. O'Sullivan
Fla. Bar No. 143154